**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

SERAJUL HAQUE,

              Plaintiff(s),              No. C 10-4027 MEJ

  v.

U.S. DEPT OF HOMELAND SECURITY,       **ORDER OF REFERRAL**

              Defendant(s).
_____/

      Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Marilyn Hall Patel for the purpose of considering whether it is related to the following cases: C-09-80021MHP, *Haque v. Immigration and Customs Enforcement et al.*; and C-10-80072 MHP, *Haque v. U.S. Department of Homeland Security et al.*

      **IT IS SO ORDERED.**

Dated: September 13, 2010

                                                        _____
                                                        Maria-Elena James
                                                       Chief United States Magistrate Judge