UNITED STATES  DISTRICT COURT

Northern District of California

SERAJUL HAQUE,

                     Plaintiff,

      v.

U.S DEPARTMENT OF HOMELAND
SECURITY, et al.,

                 Defendants.

_____/

No. C 10-4027 MEJ

**ORDERDENYING PLAINTIFF'S
APPLICATION TO PROCEED *IN
FORMA PAUPERIS***

**ORDER DISMISSING CASE**

       Before the Court is Plaintiff's Application to Proceed *In Forma Pauperis*.  Having considered the application and complaint, the Court hereby DENIES Plaintiff's application and DISMISSES the Complaint.  First, like many of the other cases Plaintiff has filed in this district, his Complaint is incomprehensible.  *See, e.g., Haque v. Immigration and Custom Enforcement*, C09-80021 MHP, Dkt. #3.  Second, as part of his Complaint, Plaintiff attached a form N-652, "Naturalization Interview Results" from the Department of Homeland Security.  In Section B of the form, the preparer stated that a decision could not be made about Plaintiff's application because: "You have a pending immigration court case 9/9/10."  Thus, to the extent that the form is related to Plaintiff's Complaint, it is clear that he filed this case prematurely, on August 26, 2010.  Accordingly, the Court hereby DENIES Plaintiff's ifp application and DISMISSES the Complaint.  The Clerk of Court shall close the file.

       **IT IS SO ORDERED.**

Dated: August 10, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SERAJUL HAQUE,

                   Plaintiff,

     v.

U.S DEPARTMENT OF HOMELAND
SECURITY, et al.,

            Defendant.
_____/

Case Number: CV10-4027 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Serajul Haque
1001 South Main Street
Apt. D-122
Milpitas, CA 95035

Dated: September 20, 2010

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2